UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIKY SARAI FLORES BENITEZ, ANA DELMI BENITEZ ALVARADO, JAVIN BENIGNO SANTOS GALVEZ, and J.S.R., a minor,<br><br>*Plaintiffs,*<br><br>v.<br><br>STEPHEN MILLER, JEFFERSON B. SESSIONS, KIRSTJEN NIELSEN, KEVIN McALEENAN, and UNITED STATES OF AMERICA,<br><br>*Defendants.* | No.<br><br>**July 13, 2022** |

## NOTICE OF RELATED CASE

Plaintiffs respectfully request that the above-captioned case, filed today, be deemed related to *J.S.R. by and through J.S.G. v. Sessions,* No. 3:18-cv-01106-VAB (D.Conn.) ("*J.S.R.*") and *Benitez-Alvarado v. DHS*, No. 3:18-cv-01797-VAB (D.Conn.) ("*Benitez-Alvarado*"). Deeming the instant case related to *J.S.R.* and *Benitez-Alvarado* would conserve judicial resources and advance the just, efficient, and economical conduct of litigation in both cases.

There is significant overlap between this case and *J.S.R.* and *Benitez-Alvarado*, as all three cases arise from the same set of facts -- the unlawful conduct of the U.S. government and its officials in forcibly separating Viky Flores Benitez and J.S.R. from their respective parents – conduct inconsistent with the most fundamental moral and legal principles of this nation.

In *J.S.R.*, the plaintiffs – Viky Flores Benitez and J.S.R., by and through their mother and father, respectively -- sought injunctive and relief in the form of family reunification in freedom.

The Court concluded that "the constitutional rights of J.S.R. and [Viky] have been violated, and that irreparable harm has occurred as a result." 330 F.Supp. 3d 731, 733 (D. Conn. 2018). The Court ordered the government to redress "the effects of the constitutional violation suffered by these minor children, namely trauma or more precisely, Post-Traumatic Stress Disorder," including by reunifying the families. *Id.*

In the instant case, the same four Plaintiffs – Viky Benitez, J.S.R., and their parents – seek damages for the same conduct underlying the prior litigation to redress the harms suffered from the traumatic family separations that took place at the hands of the Defendants.

In *Benitez-Alvarado*, the two parents sought mandamus relief to compel Defendants to grant them humanitarian parole, which Defendants had agreed to provide in settlement of *J.S.R.* The parents filed a Notice of Related Case in *Benitez-Alvarado*, and the mandamus action was assigned to Judge Bolden, who had heard *J.S.R. See Benitez-Alvarado v. DHS*, No. 3:18-cv-01797-VAB, ECF No. 2 (Oct. 31, 2018).

Relating the instant filing, which seeks damages for the same underlying conduct by Defendants at issue in *J.S.R.*, would advance judicial economy. The adjudication *of J.S.R., Benitez-Alvarado*, and this case by a single judge will prevent duplication of judicial effort and conserve resources, as this Court has already familiarized itself with the harm suffered by the families and the surrounding case law. Otherwise, random assignment of the instant case would require a new judge in this District to immerse themself in the facts and law common to the prior cases.

As Judge Hall explained in adjudicating a motion to transfer, when multiple "claims all arise from the nucleus of [one set of facts,] efficiency and economy support resolving them in the same forum…[T]he action should proceed in the forum in which the case was first brought."

*Alden Corp v. Eazypower Corp.*, 294 F. Supp. 2d 233, 236 (D. Conn. 2003) (internal citations and quotation marks omitted).

Accordingly, in the interest of justice and efficiency, plaintiffs respectfully request that the Court deem the above-captioned case related to *J.S.R.* and *Benitez-Alvarado* in accordance with Rule 40(b) of the Local Rules of Civil Procedure.

By: /s/ Michael J. Wishnie

Amanda Gómez Feliz, Law Student Intern[*]
Sajia Hanif, Law Student Intern
Cyerra Haywood, Law Student Intern
Juan Fernando Luna, Law Student Intern[*]
Gabriela Monico, Law Student Intern[*]
Angela Remus, Law Graduate
Tanveer Singh, Law Student Intern[*]
Michael J. Wishnie (ct27221)
Workers and Immigrant Rights Advocacy Clinic
Jerome N. Frank Legal Services Organization
Yale Law School
New Haven, CT 06520-9090
Tel: (203) 432-4800
micheal.wishnie@ylsclinics.org

---

[*]Motion for law student appearance forthcoming