UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIKY SARAI FLORES BENITEZ, ANA DELMI BENITEZ ALVARADO, JAVIN BENIGNO SANTOS GALVEZ, and J.S.R., a minor,<br><br>*Plaintiffs,*<br><br>v.<br><br>STEPHEN MILLER, JEFFERSON B. SESSIONS, KIRSTJEN NIELSEN, KEVIN McALEENAN, and UNITED STATES OF AMERICA,<br><br>*Defendants.* | Case No. 3:22-cv-00884-JCH<br><br>**NOTICE OF APPEARANCE** |

To: The clerk of the court and all parties of record

I am admitted to practice *pro hac vice* in this court, and I appear in this case as counsel for Plaintiffs Viky Sarai Flores Benitez, Ana Delmi Benitez Alvarado, Javin Benigno Santos Galvez, and J.S.R.

Date: July 21, 2022

/s/ Kirby Tyrrell
Kirby Tyrrell phv206703
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 902020
New Haven, CT 06520-9090
kirby.tyrrell@ylsclinics.org
Work: (203) 436-8971
Fax: (203) 432-1426

## CERTIFICATE OF SERVICE

I, Kirby Tyrrell, hereby certify that on July 21, 2022, a copy of the foregoing Notice of Appearance for Kirby Tyrrell was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Date: July 21, 2022

/s/ Kirby Tyrrell
Kirby Tyrrell phv206703
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 902020
New Haven, CT 06520-9090
kirby.tyrrell@ylsclinics.org
Work: (203) 436-8971
Fax: (203) 432-1426