UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIKY SARAI FLORES BENITEZ, ANA DELMI BENITEZ ALVARADO, JAVIN BENIGNO SANTOS GALVEZ, and J.S.R., a minor,<br><br>*Plaintiffs,*<br><br>v.<br><br>STEPHEN MILLER, JEFFERSON B. SESSIONS, KIRSTJEN NIELSEN, KEVIN McALEENAN, and UNITED STATES OF AMERICA,<br><br>*Defendants.* | Case No. 3:22-cv-00884 (JCH) |

**JOINT MOTION TO SET BRIEFING SCHEDULE
AND CONSOLIDATE AND EXTEND DEADLINES
(First Request)**

Pursuant to Federal Rules of Civil Procedure 4, 6, and 12 and Local Rule 7, Plaintiffs and Defendants Stephen Miller, Jefferson B. Sessions, Kirstjen Nielsen, Kevin McAleenan, and the United States jointly seek entry of a briefing schedule for Defendants' anticipated motion to dismiss the Complaint. The reasons for this motion as set forth below:

1. Plaintiffs filed suit on July 13, 2022 alleging, among other things, multiple claims for compensatory and punitive damages against the United States and four former federal employees in their individual capacities for actions arising from the separation of Plaintiff Viky Sarai Flores Benitez from her mother, Plaintiff Ana Delmi Benitez Alvarado, and of Plaintiff J.S.R. from his father, Plaintiff Javin Benigno Santos Galvez. *See* ECF No. 1.

1

2. Pursuant to Federal Rules of Civil Procedure 4(i) and 4(e), Plaintiffs effected service on Defendants the United States, Kevin McAleenan, and Jefferson B. Sessions on August 10, 2022; on Defendant Stephen Miller on September 15, 2022; and on Defendant Kirstjen Nielsen on October 3, 2022. *See* ECF No. 17, 18, 19, 20, 21.

3. Under Federal Rule of Civil Procedure 12(a)(3), Defendants must respond to the Complaint within sixty days after "service on the officer or employee or service on the United States attorney, whichever is later." FED R. CIV. P.12(a)(3).

4. Because Plaintiffs have served the different Defendants on different dates, the deadlines for Defendants to respond to the Complaint will vary substantially.

5. To ensure that the case proceeds in an orderly and efficient manner, the undersigned wish to consolidate Defendants' deadlines, so that all Defendants respond to the Complaint on one date. This approach will best serve the resources of both the Court and the parties.

6. To ensure that Defendants have adequate time to prepare a motion to dismiss and reply, and to ensure that Plaintiffs have adequate time to prepare their opposition to the motion, the undersigned parties wish to set the time for filing the motion, opposition, and reply. Specifically, Defendants seek a consolidated response date of October 28, 2022. Plaintiffs seek forty-five days to file their opposition brief, and Defendants seek thirty days to file their reply. *See* FED. R. CIV. P. 6, 12(a)(2-3); D. CONN LOC. RULES 7(a-b, d).

7. The parties have agreed upon and respectfully request that the Court enter the following briefing schedule and extend deadlines that would otherwise apply under Rule 12 and Local Rule 7.

      October 28, 2022     Defendants file motion to dismiss

      December 12, 2022    Plaintiffs file opposition to motion to dismiss.

| | |
|---|---|
| January 11, 2023 | Defendants file reply |

Dated: October 3, 2022

Respectfully submitted,

/s/ Kirby Tyrrell
(admitted *pro hac vice)*
Kirby Tyrrell, (phv206703)
Muneer I. Ahmad (ct28109)
JEROME N. FRANK. LEGAL SVCS. ORG
Yale Law School
P.O. Box 902020
New Haven, CT 06520-9090
kirby.tyrrell@ylsclinics.org
(203) 436-8971

*Counsel for Plaintiffs*

/s/ Carolyn Aiko Ikari
Carolyn Aiko Ikari
U.S. Attorney's Office – HFD
450 Main St. Room 328
Hartford, CT 06103
carolyn.ikari@usdoj.gov
(860) 760-7953

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIKY SARAI FLORES BENITEZ,<br>ANA DELMI BENITEZ ALVARADO,<br>JAVIN BENIGNO SANTOS GALVEZ,<br>and J.S.R., a minor,<br><br>*Plaintiffs,*<br><br>v.<br><br>STEPHEN MILLER, JEFFERSON B. SESSIONS, KIRSTJEN NIELSEN, KEVIN McALEENAN, and UNITED STATES OF AMERICA,<br><br>*Defendants.* | **Case No. 3:22-cv-00884 (JCH)** |

**ORDER REGARDING JOINT MOTION TO SET BRIEFING SCHEDULE
AND CONSOLIDATE AND EXTEND DEADLINES**

This matter comes before the Court on the parties' Joint Motion to Set Briefing Schedule and Consolidate and Extend Deadlines. No hearing being necessary, and for good cause shown, it is hereby

ORDERED that the parties' joint motion is GRANTED; and it is

FURTHER ORDERED that

1. Defendants shall file a consolidated motion to dismiss on or before October 28, 2022.

2. Plaintiffs shall file a consolidated opposition to the motion to dismiss on or before December 12, 2022.

3. Defendants shall file a consolidated reply in support of their motion to dismiss on or before January 11, 2022.

Dated this _____ day of _____, 2022

                                      _____
JANET C. HALL
Senior United States District Judge

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

/s/ Kirby Tyrrell
Kirby Tyrrell, phv206703
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 902020
New Haven, CT 06520-9090
kirby.tyrrell@ylsclinics.org
Work: (203) 436-8971
Fax: (203) 432-1426
