UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VIKY SARAI FLORES BENITEZ, | : | |
| ANA DELMI BENITEZ ALVARADO, | | |
| JAVIN BENIGNO SANTOS GALVEZ, | : | Civ. No. 3:22CV884(JCH) |
| and J.S.R., a minor, | | |
| | : | |
| Plaintiffs, | | |
| | : | |
| | | |
| v. | : | |
| | | |
| STEPHEN MILLER, | : | |
| JEFFERSON B. SESSIONS, | | |
| KIRSTJEN NIELSEN, | : | |
| KEVIN McALEENAN, and | | |
| UNITED STATES OF AMERICA, | : | |
| | | |
| | : | |
| Defendants. | | OCTOBER 20, 2022 |

**NOTICE**

In response to the Court's two questions during the telephone status conference on October 13, 2022, the Defendant United States of America responds as follows:

1.     **Will Defendant United States produce the "Arizona/California" documents?**

As stated at the conference, it is the United States' position that no discovery should take place until the motion to dismiss for lack of subject matter jurisdiction is decided. Nevertheless, the United States would be agreeable to producing the common discovery (all documents produced to date that were not specific to the plaintiffs) from the two actions in *A.P.F. et al. v. United States*, Civ. No. 20-cv-00065-PHX-SRB (D. Ariz.), and *C.M. v. United States*, Civ. No. 19-cv-05217-PHX SRB (D. Ariz.), subject to the Court's entry of the Protective Order, ESI Protocol, and Rule 502(d) Order in the form attached as Exhibits 1-3, if Plaintiffs agree that no further discovery will take place until the Court's ruling on the United States' Motion to Dismiss.  The Protective Order, ESI Protocol, and Rule 502(d) Order are not subject to negotiation, as they are

the orders already governing the common discovery in *A.P.F.* and *C.M.*  In a prior Rule 26(f)

conference, the United States also requested that Plaintiffs agree that this initial production serve

as the entirety of common discovery documents sought in this litigation.  While Plaintiffs would

not agree to this proposal, the United States is still willing to produce the common discovery at

this time if, in the event additional common discovery is sought in this case and permitted by the

Court, the future Requests for Production are narrowly tailored, pertain to issues specific to this

case and not present in *C.M.* and *A.P.F.*, and justified by Plaintiffs' demonstration of why the

initial common discovery production is insufficient..

2.      **When would the United States be able to produce the common discovery?**

The United States is still trying to determine how long it would take to retrieve, store, transmit,

and produce the common discovery.  However, it is expected that, once the Protective Order, ESI

Protocol, and Rule 502(d) Order in the required form are filed by the parties and ordered by the

Court, the common discovery production could occur within 4 weeks.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Carolyn A. Ikari*
CAROLYN A. IKARI
ASSISTANT U.S. ATTORNEY
450 Main Street, Rm. 328
Hartford, Connecticut  06103
(860) 947-1101
Fed. Bar No. ct13437
carolyn.ikari@usdoj.gov
