UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIKY SARAI FLORES BENITEZ,<br>ANA DELMI BENITEZ ALVARADO,<br>JAVIN BENIGNO SANTOS GALVEZ,<br>and J.S.R., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN MILLER,<br>JEFFERSON B. SESSIONS,<br>KIRSTJEN NIELSEN,<br>KEVIN McALEENAN, and<br>UNITED STATES OF AMERICA,<br><br>Defendants. | Civ. No. 3:22CV884(JCH) |

**CERTIFICATION OF SCOPE OF EMPLOYMENT**

I, Michelle L. McConaghy, Chief, Civil Division, United States Attorney's Office, District of Connecticut, acting pursuant to the provisions of 28 U.S.C. § 2679(d)(1), and by virtue of the authority vested in me by 28 C.F.R. § 15.4, hereby certify that I have read the complaint in this action. On the basis of the information now available with respect to the claims set forth therein, I find that **Stephen Miller** was acting within the scope of his federal office or employment at the time of the incident out of which the plaintiffs' claims arose.

Dated: October 28, 2022

*Michelle L. McConaghy*
**Michelle L. McConaghy**
Chief, Civil Division
United States Attorney's Office
District of Connecticut