UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VIKY SARAI FLORES BENITEZ,<br>ANA DELMI BENITEZ ALVARADO,<br>JAVIN BENIGNO SANTOS GALVEZ,<br>and J.S.R., a minor, | :<br>:<br>:<br>: | Civ. No. 3:22CV884(JCH) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| STEPHEN MILLER,<br>JEFFERSON B. SESSIONS,<br>KIRSTJEN NIELSEN,<br>KEVIN McALEENAN, and<br>UNITED STATES OF AMERICA, | :<br>:<br>:<br>: | |
| | : | |
| Defendants. | | November 1, 2022 |

## NOTICE OF APPEARANCE

Please enter my appearance as co-counsel for Defendant United States of America in this civil action.

Respectfully submitted,

Vanessa Roberts Avery
United States Attorney

 /s/
John W. Larson (ct28797)
Assistant United States Attorney
District of Connecticut
450 Main Street, Room 328
Hartford, CT 06103
T:  (860) 947-1101
F:  (860) 760-7979
john.larson@usdoj.gov