UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIKY SARAI FLORES BENITEZ,<br>ANA DELMI BENITEZ ALVARADO,<br>JAVIN BENIGNO SANTOS GALVEZ,<br>and J.S.R., a minor,<br><br>*Plaintiffs,*<br><br>v.<br><br>STEPHEN MILLER, JEFFERSON B.<br>SESSIONS, KIRSTJEN NIELSEN, KEVIN<br>McALEENAN, and UNITED STATES OF<br>AMERICA,<br><br>*Defendants.* | Case No. 3:22-cv-00884 (JCH) |

### RESPONSE TO DEFENDANTS' NOTICE OF SUBSTITUTION

Plaintiffs challenge Defendants' Notice of Substitution in which Defendants seek to substitute the United States of America for Stephen Miller, Jefferson B. Sessions, Kristjen Nielsen, and Kevin McAleenan, ("Individual Defendants"). ECF No. 34. Plaintiffs contend that the Individual Defendants should not be substituted pursuant to 28 U.S.C. § 2679(b) (the "Westfall Act"). Unless the Court advises otherwise, Plaintiffs will brief this issue in their forthcoming Opposition to Defendants' Motion to Dismiss.

Dated November 8, 2022

1

/s/ Kirby Tyrrell
Kirby Tyrrell phv206703
Muneer I. Ahmad ct28109
JEROME N. FRANK. LEGAL SVCS. ORG.
P.O. Box 902020
New Haven, CT 06520-9090
kirby.tyrrell@ylsclinics.org
muneer.ahmad@ylsclinics.org
(203) 436-8971

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 8, 2022, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

/s/ Kirby Tyrrell
Kirby Tyrrell, phv206703
JEROME N. FRANK. LEGAL SVCS. ORG.
P.O. Box 902020
New Haven, CT 06520-9090
kirby.tyrrell@ylsclinics.org
(203) 436-8971