UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIKY SARAI FLORES BENITEZ, ANA DELMI BENITEZ ALVARADO, JAVIN BENIGNO SANTOS GALVEZ, and J.S.R., a minor,<br><br>*Plaintiffs,*<br><br>v.<br><br>STEPHEN MILLER, JEFFERSON B. SESSIONS, KIRSTJEN NIELSEN, KEVIN McALEENAN, and UNITED STATES OF AMERICA,<br><br>*Defendants.* | Case No. 3:22-cv-00884 (JCH) |

**CONSENT MOTION TO FILE EXCESS PAGES**

Pursuant to District of Connecticut Local Rule of Civil Procedure 7(a)(5), Plaintiffs respectfully seek leave to file a brief in Opposition to the Defendant United States of America's Motion to Dismiss that exceeds 40 pages. *See* D. Conn. Civ. R. 7(a)(5). The excess pages are necessary to adequately respond to the arguments made by Defendant in its brief, ECF 35-1, and to respond to Defendant's Notice of Substitution under the Westfall Act, ECF 34. Plaintiffs' Complaint makes claims for torture and inhumane treatment under the Alien Tort Statute against Defendants Stephen Miller; Jefferson B. Sessions; Kirstjen Nielsen, and Kevin McAleenan. Plaintiffs also make claims for damages under the Federal Tort Claims Act against the United States for intentional infliction of emotional distress, false imprisonment, negligent infliction of emotional distress, negligence, and abuse of process. In its brief, Defendant presents eight distinct defenses for dismissal of all of Plaintiffs' claims under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Plaintiffs' memorandum of law responds to these arguments and

1

additionally argues that Defendant's Notice of Substitution of the United States for the Individual Defendants under the Westfall Act is improper. *See* ECF 39 (noting Plaintiffs' Response to Defendant's Notice of Substitution, ECF 34, and so ordering Plaintiffs to respond as part of their memorandum in opposition to Defendant's Motion to Dismiss).

Briefing the legal issues listed above requires more than the 40 pages permitted for memoranda, and Plaintiffs now respectfully seek an extension of 15 pages. On October 24, 2022, the Court granted Defendant United States leave to file a brief of up to 50 pages. ECF 32. Plaintiffs seek leave to file an opposition not to exceed 55 pages. Defendants consent to this motion.

Date: December 5, 2022

> Respectfully submitted,
>
> /s/ Kirby Tyrrell
>
> Kirby Tyrrell, phv206703
> Muneer I. Ahmad ct28109
> Amanda Gómez Feliz, Law Student Intern
> Juan Fernando Luna, Law Student Intern
> Gabriela Monico, Law Student Intern
> Fernando Rojas, Law Student Intern
> Tanveer Singh, Law Student Intern
> Jerome N. Frank Legal Services Organization
> Yale Law School
> P.O. Box 902020
> New Haven, CT 06520-9090
> muneer.ahmad@ylsclinics.org
> kirby.tyrrell@ylsclinics.org
> Work: (203) 432-4716
> Fax: (203) 432-1426

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

/s/ Kirby Tyrrell
Kirby Tyrrell, phv206703
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 902020
New Haven, CT 06520-9090
kirby.tyrrell@ylsclinics.org
Work: (203) 436-8971
Fax: (203) 432-1426