UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIKY SARAI FLORES BENITEZ, <br> ANA DELMI BENITEZ ALVARADO, <br> JAVIN BENIGNO SANTOS GALVEZ, <br> and J.S.R., a minor, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> *Defendant.* | Civ. No. 3:22-cv-00884(JCH) <br><br><br><br><br><br><br><br><br><br> DECEMBER 29, 2022 |

## JOINT MOTION FOR ORDERS

As set forth in Defendant's Notice with attachments dated October 20, 2022, ECF No. 31, and as addressed by the Court during the telephone status conference on November 29, 2022, ECF No. 43, the parties require the entry of the two attached orders before production of the "common discovery" may commence. Therefore, the parties respectfully request entry of the proposed Protective Order and proposed 502(d) Order, attached.

　　　　　　　　　　　　　　　　*/s/ Muneer I. Ahmad*
　　　　　　　　　　　　　　　　Muneer I. Ahmad (ct28109)
　　　　　　　　　　　　　　　　Kirby Tyrrell (phv206703)
　　　　　　　　　　　　　　　　Amanda Gómez Feliz, Law Student Intern
　　　　　　　　　　　　　　　　Juan Fernando Luna, Law Student Intern
　　　　　　　　　　　　　　　　Gabriela Monico, Law Student Intern
　　　　　　　　　　　　　　　　Fernando Rojas, Law Student Intern
　　　　　　　　　　　　　　　　Tanveer Singh, Law Student Intern
　　　　　　　　　　　　　　　　Worker and Immigrant Rights Advocacy Clinic
　　　　　　　　　　　　　　　　Jerome N. Frank Legal Services Organization
　　　　　　　　　　　　　　　　P.O. Box 902020
　　　　　　　　　　　　　　　　New Haven, Connecticut 06520-9090
　　　　　　　　　　　　　　　　Email: muneer.ahmad@ylsclinics.org
　　　　　　　　　　　　　　　　Email: kirby.tyrrell@ylsclinics.org

Phone: (203) 432-4800

*Counsel for Plaintiffs*

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Carolyn A. Ikari*
Carolyn Ikari (ct13437)
Assistant U.S. Attorney
450 Main Street, Room 328
Hartford, Connecticut 06103
Email: carolyn.ikari@usdoj.gov
Phone: (860) 760-7953

*Counsel for Defendant*