UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIKY SARAI FLORES BENITEZ,<br>ANA DELMI BENITEZ ALVARADO,<br>JAVIN BENIGNO SANTOS GALVEZ,<br>and J.S.R., a minor,<br><br>*Plaintiffs,*<br><br>v.<br><br>STEPHEN MILLER, JEFFERSON B. SESSIONS,<br>KIRSTJEN NIELSEN, KEVIN McALEENAN, and<br>UNITED STATES OF AMERICA,<br><br>*Defendants.* | Case No. 3:22-cv-00884 (JCH) |

## JOINT STATUS REPORT

In accordance with the Court's Scheduling Order Regarding Case Management Plan ("Scheduling Order"), ECF No. 44, the parties submit this Joint Status Report to detail matters that are relevant to the case and the discovery conducted to date.

I.     MOTION PRACTICE

The motion to dismiss filed by Defendant United States is fully briefed and ready for oral argument, if ordered by the Court. *See* ECF Nos. 35, 49, 50, 57.

II.     DISCOVERY

On January 6, 2023, (as soon as the requisite protective order was entered), Defendant United States produced "Common Discovery," defined as the documents produced in *A.P.F. v. United States*, No. 20-cv-00065-PHX (D. Ariz.) and *C.M. v. United States*, No. 19-cv-05217-PHX (D. Ariz.) that are not specific to plaintiffs in those cases. *See* Scheduling Order, ECF No.

1

44, at 1 (ordering production of Common Discovery by January 3, 2023). On February 22, 2023, the parties met and conferred regarding Defendant United States' production and Defendant United States acknowledged its continuing obligation to supplement Common Discovery, with the first set of supplemental productions, clawbacks, and updated privilege logs provided to Plaintiffs no later than March 3, 2023.

On February 10, 2023, Plaintiffs propounded their first set of plaintiff-specific Requests for Production of Documents and Interrogatories on Defendant United States. According to the Court's Scheduling Order, written responses to those discovery requests are due from Defendant United States by March 31, 2023. However, Plaintiffs have agreed to Defendant United States' request for an extension to April 11, 2023. Defendant United States' understanding is that this conforms to the Court's apparent intent to provide 60 days for response.

Initial disclosures are due from both parties by March 31, 2023.

On February 10, 2023, Plaintiffs reiterated their request that Defendant United States produce transcripts of the depositions of government officials from the *C.M.* and *A.P.F.* cases, which have been produced in other family separation cases.[1] Defendant United States has declined. Additionally, Plaintiffs have requested that Defendant United States share two orders from *C.M.* and *A.P.F.*: the June 16, 2022 Order Granting Motion for Judicial Determination of Privilege and the June 29, 2022 Order Granting Motion to Compel in Camera Review of

---

[1] *See E.S.M. v. United States*, No. 4:21-cv-00029 (D. Ariz.), ECF No. 54, at 7 ("The parties agree not to object to the use of the deposition transcripts and related videos of depositions taken in the *C.M.* and *A.P.F.* actions of the following individuals or organizations on the ground that the depositions were taken in a separate action (see Fed. R. Civ. P. 32(a)(8)): Matt Albence, John Bash, Michael Dougherty, Robert Guadian, Gene Hamilton, Mellissa Harper, Brian Hastings, Thomas Homan, Kevin McAleenan, Tracy Short, Tricia Swartz, Ronald Vitiello, Jonathan White, and Chad Wolf, and the 30(b)(6) deposition of the United States Department of Homeland Security (by and through James McCament)."); *A.I.I.L. v. Sessions*, No. 4:19-cv-00481 (D. Ariz.), ECF No. 110, at 7 ("As part of the MIDP process, Defendant produced to Plaintiffs the deposition transcripts of 15 "policy-related" witnesses in *C.M.* and *A.P.F.* Plaintiffs and Defendant agree not to object to the use of these "policy-related" deposition transcripts in *A.I.I.L.* on the ground that the deposition was taken in an earlier action.").

Documents.[2] Plaintiffs' position is that the deposition transcripts and sealed orders should be treated as a part of Common Discovery under the Scheduling Order, as they are policy-level documents produced in *C.M.* and *A.P.F.* and are not specific to the plaintiffs in those cases. To the extent this Court's previous orders did not mandate the inclusion of these documents, Plaintiffs request that the Court clarify its order so as to include these now.

Defendant's position is that the matters in the above paragraph are not appropriate for the Court's attention at this time.  First, they clearly surpass the discovery ordered by the Court in ECF No. 44.  Second, deposition transcripts and sealed orders from the District of Arizona cases have not been the subject of any discovery request, deposition notice, objection, or motion to compel in this case (nor could they be, given the current Scheduling Order).  Nevertheless, Plaintiffs choose to raise this with the Court by way of this joint status report.  In any event, no "clarification" of the Court's existing order is needed.  Plaintiffs' desire that these additional materials "should be treated as a part of Common Discovery" does not expand the scope of the Common Discovery to include depositions, deposition transcripts, or sealed court orders.

At this time, Plaintiffs do not contemplate any amendments to the pleadings nor any dispositive motion.

Dated: March 1, 2023

                                                Respectfully submitted,

                                                /s/ Muneer I. Ahmad
                                                Solveig Olson-Strom, Law Student Intern
                                                Natasha Reifenberg, Law Student Intern
                                                Fernando Rojas, Law Student Intern
                                                Tanveer Singh, Law Student Intern
                                                Gabriela Torres-Lorenzotti, Law Student Intern[*]

---

[2] Judge Bolton ordered that the United States may share these orders in other family separation lawsuits on February 14, 2023. *C.M. v. United States*, No. 2:19-cv-05217 (D. Ariz.), ECF No. 363, at 2.

[*] Motion for law student appearance forthcoming.

Theodore Watler, Law Student Intern[*]
Kirby Tyrrell, phv206703
Muneer I. Ahmad, ct28109
Michael J. Wishnie, ct27221
JEROME N. FRANK. LEGAL SVCS. ORG.
P.O. Box 902020
New Haven, CT 06520-9090
muneer.ahmad@ylsclinics.org
COUNSEL FOR PLAINTIFFS


VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

JOHN W. LARSON
CHIEF, DEFENSIVE UNIT

*/s/ Carolyn A. Ikari*
CAROLYN A. IKARI
ASSISTANT U.S. ATTORNEY
450 Main Street, Rm. 328
Hartford, Connecticut 06103
(860) 947-1101
Fed. Bar No. ct13437
carolyn.ikari@usdoj.gov
COUNSEL FOR THE UNITED STATES

4