UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VIKY SARAI FLORES BENITEZ, <br> ANA DELMI BENITEZ ALVARADO, <br> JAVIN BENIGNO SANTOS GALVEZ, <br> and J.S.R., a minor, | : <br><br> : | <br><br> Civ. No. 3:22CV884(JCH) |
| Plaintiffs, | : <br> : | |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | MAY 24, 2023 |

## NOTICE OF FILING OF EXHIBITS RE ECF NO. 77

Defendant gives notice of filing the attached transcripts, ECF Nos. 61 and 62, which are referenced in and were inadvertently omitted from Defendant's Memorandum in Opposition to Motion for Clarification re Scheduling Order, ECF No. 77.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Carolyn A. Ikari*
CAROLYN A. IKARI
ASSISTANT U.S. ATTORNEY
450 Main Street, Rm. 328
Hartford, Connecticut  06103
(860) 947-1101
Fed. Bar No. ct13437
carolyn.ikari@usdoj.gov