UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIKY SARAI FLORES BENITEZ,<br>ANA DELMI BENITEZ ALVARADO,<br>JAVIN BENIGNO SANTOS GALVEZ,<br>and J.S.R., a minor,<br><br>*Plaintiffs,*<br><br>v.<br><br>STEPHEN MILLER, JEFFERSON B. SESSIONS,<br>KIRSTJEN NIELSEN, KEVIN McALEENAN, and<br>UNITED STATES OF AMERICA,<br><br>*Defendants.* | Case No. 3:22-cv-00884 (JCH) |

## JOINT STATUS REPORT

In accordance with the Court's Scheduling Order Regarding Case Management Plan ("Scheduling Order"), ECF No. 44, the parties submit this Joint Status Report to detail matters that are relevant to the case and the discovery conducted to date.

I.     MOTION PRACTICE

The motion to dismiss filed by Defendant United States is fully briefed and ready for oral argument, if ordered by the Court. *See* ECF Nos. 35, 49, 50, 57.

On May 9, 2023, Plaintiffs filed a motion for clarification of the Scheduling Order to specify that the policy-level, general discovery related to the family separation policy referred to therein as "Common Discovery" includes the transcripts and videos of depositions of fifteen policy-related witnesses taken in *A.P.F. v. United States*, No. 20-cv-00065-PHX (D. Ariz.) and *C.M. v. United States*, No. 19-cv-05217-PHX (D. Ariz.) that are not specific to plaintiffs in those

1

cases. *See* ECF No. 71. The Defendant filed its opposition to the motion on May 24, 2023. *See* ECF Nos. 76, 77.

## II. DISCOVERY

On January 6, 2023, following entry of the requisite protective order, *see* ECF Nos. 52, 53, Defendant United States produced "Common Discovery." *See* Scheduling Order, ECF No. 44, at 1 (ordering production of Common Discovery by January 3, 2023). On February 22, 2023, the parties met and conferred regarding Defendant United States' production and Defendant United States acknowledged its continuing obligation to supplement Common Discovery. Defendant produced its first set of supplemental productions, clawbacks, and updated privilege logs to Plaintiffs on April 7, 2023.

On February 10, 2023, Plaintiffs propounded their first set of plaintiff-specific Requests for Production of Documents and Interrogatories on Defendant United States. Defendant United States provided written responses to Plaintiffs' discovery requests on April 18, 2023, in accordance with the extended deadline requested by Defendant United States and agreed to by Plaintiffs. Plaintiffs and Defendant United States served initial disclosures on March 31, 2023.

At this time, Plaintiffs do not contemplate any amendments to the pleadings or any dispositive motions.

Dated: May 30, 2023

*/s/ Kirby Tyrrell*

**JEROME N. FRANK. LEGAL SVCS. ORG**

Solveig Olson-Strom, Law Student Intern
Natasha Reifenberg, Law Student Intern
Fernando Rojas, Law Graduate
Tanveer Singh, Law Student Intern
Gabriela Torres-Lorenzotti, Law Student Intern*
Theodore Watler, Law Student Intern*
Kirby Tyrrell, phv206703

Muneer I. Ahmad, ct28109
Michael J. Wishnie, ct27221
P.O. Box 902020
New Haven, CT 06520-9090
(203) 436-8971
kirby.tyrrell@ylsclinics.org

**JENNER & BLOCK LLP**

Jeremy M. Creelan
Jacob D. Alderdice
Remi Jaffre
1155 6th Ave
New York, New York 10036
Telephone: (212) 891-1600
jalderdice@jenner.com

Alyssa G. Bernstein
1099 New York Ave NW #900
Washington, District of Columbia 20001
Telephone: (202) 639-6000
abernstein@jenner.com

*COUNSEL FOR PLAINTIFFS*

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Carolyn A. Ikari*

CAROLYN A. IKARI
ASSISTANT U.S. ATTORNEY
450 Main Street, Rm. 328
Hartford, Connecticut  06103
(860) 947-1101
Fed. Bar No. ct13437
carolyn.ikari@usdoj.gov

*COUNSEL FOR THE UNITED STATES*

\* Motion for law student appearance forthcoming.