Civil- (Dec-2008)

HONORABLE: Janet C. Hall

DEPUTY CLERK Liana Barry          RPTR/ECRO/TAPE Terri Fidanza

TOTAL TIME: 1 hours 59 minutes

DATE: 8/3/2023   START TIME: 10:31   END TIME: 12:30

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:22-cv-00884-JCH

Flores Benitez et al                          Wishnie, Jaffre, Ahmad

                                                      Plaintiff's Counsel

vs

Miller et al                                        Ikari, Putnam

                                                      Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✔] Motion hearing                    [ ] Show Cause Hearing
[ ] Evidentiary Hearing               [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

| | | | | granted | denied | advisement |
|---|---|---|---|---|---|---|
| [✔] | .....#35 | Motion | to Dismiss for Lack of Jurisdiction | [ ] | [ ] | [✔] |
| [✔] | .....#35 | Motion | to Dismiss | [ ] | [ ] | [✔] |
| [ ] | .....# | Motion | | [ ] | [ ] | [ ] |
| [ ] | .....# | Motion | | [ ] | [ ] | [ ] |
| [ ] | .....# | Motion | | [ ] | [ ] | [ ] |
| [ ] | .....# | Motion | | [ ] | [ ] | [ ] |
| [ ] | .....# | Motion | | [ ] | [ ] | [ ] |
| [ ] | ..... | Oral Motion | | [ ] | [ ] | [ ] |
| [ ] | ..... | Oral Motion | | [ ] | [ ] | [ ] |
| [ ] | ..... | Oral Motion | | [ ] | [ ] | [ ] |
| [ ] | .... | Oral Motion | | [ ] | [ ] | [ ] |

[ ] ..... [ ] Briefs(s) due _____ [ ] Proposed Findings due _____ Response due _____

| | | filed | docketed |
|---|---|---|---|
| [ ] | ............ _____ | [ ] | [ ] |
| [ ] | ............ _____ | [ ] | [ ] |
| [ ] | ............ _____ | [ ] | [ ] |
| [ ] | ............ _____ | [ ] | [ ] |
| [ ] | ............ _____ | [ ] | [ ] |
| [ ] | ............. _____ | [ ] | [ ] |

[ ] ............ _____ Hearing continued until _____ at _____