UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIKY SARAI FLORES BENITEZ,<br>ANA DELMI BENITEZ ALVARADO,<br>JAVIN BENIGNO SANTOS GALVEZ,<br>and J.S.R., a minor,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant.* | Case No. 3:22-cv-00884 (JCH) |

**JOINT STATUS REPORT**

In accordance with the Court's Scheduling Order Regarding Case Management Plan ("Scheduling Order"), ECF No. 44, the parties submit this Joint Status Report to detail matters that are relevant to the case and the discovery conducted to date.

I.  MOTION PRACTICE

On May 9, 2023, Plaintiffs filed a motion for clarification of the Scheduling Order to specify that the policy-level, general discovery related to the family separation policy referred to therein as "Common Discovery" includes the transcripts and videos of depositions of fifteen policy-related witnesses taken in *A.P.F. v. United States*, No. 20-cv-00065-PHX (D. Ariz.) and *C.M. v. United States*, No. 19-cv-05217-PHX (D. Ariz.) that are not specific to plaintiffs in those cases. *See* ECF No. 71. The Defendant filed its opposition to the motion on May 24, 2023. *See* ECF Nos. 76, 77.

1

II.  DISCOVERY

At this time, the parties have engaged in limited discovery pursuant to the Scheduling Order. On January 6, 2023, Defendant produced "Common Discovery." On February 10, 2023, Plaintiffs propounded their first set of plaintiff-specific Requests for Production of Documents and Interrogatories on the Defendant. The Defendant provided written responses to Plaintiffs' discovery requests on April 18, 2023. Plaintiffs and Defendant served initial disclosures on March 31, 2023.

The Court's Scheduling Order states that "In the event the court denies the Motion to Dismiss, within seven days of the date of the ruling, the parties are to contact Chambers to request a scheduling conference regarding any further discovery requests and remaining case management deadlines." On August 17, 2023, the Court granted in part and denied in part the Defendant's Motion to Dismiss. *See* ECF No. 86. Therefore, the parties hereby request a scheduling conference regarding any further discovery requests and remaining case management deadlines. The parties will submit an amended Report of Parties' Rule 26(f) Planning Meeting, ECF No. 42, before this conference.

Plaintiffs have not yet determined if they will amend their pleadings in light of the Court's August 17, 2023 Order, ECF No. 86. At this time, Plaintiffs do not contemplate any dispositive motions.

Dated: August 24, 2023

*/s/ Kirby Tyrrell*

**JEROME N. FRANK. LEGAL SVCS. ORG**

Solveig Olson-Strom, Law Student Intern
Natasha Reifenberg, Law Student Intern
Tanveer Singh, Law Student Intern

Gabriela Torres-Lorenzotti, Law Student Intern*
Theodore Watler, Law Student Intern*
Kirby Tyrrell, phv206703
Muneer I. Ahmad, ct28109
Michael J. Wishnie, ct27221
P.O. Box 902020
New Haven, CT 06520-9090
(203) 436-8971
kirby.tyrrell@ylsclinics.org

**JENNER & BLOCK LLP**

Jeremy M. Creelan
Jacob D. Alderdice
Remi Jaffre
1155 6th Ave
New York, New York 10036
Telephone: (212) 891-1600
jalderdice@jenner.com

Alyssa G. Bernstein
1099 New York Ave NW #900
Washington, District of Columbia 20001
Telephone: (202) 639-6000
abernstein@jenner.com

*COUNSEL FOR PLAINTIFFS*

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

/s/ Carolyn A. Ikari
_____

CAROLYN A. IKARI
ASSISTANT U.S. ATTORNEY
450 Main Street, Rm. 328
Hartford, Connecticut  06103
(860) 947-1101
Fed. Bar No. ct13437
carolyn.ikari@usdoj.gov

*COUNSEL FOR THE UNITED STATES*

* Motion for law student appearance forthcoming.