UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

VIKY SARAI FLORES BENITEZ,
ANA DELMI BENITEZ ALVARADO,
JAVIN BENIGNO SANTOS GALVEZ,
and J.S.R., a minor,

*Plaintiffs,*

v.

UNITED STATES OF AMERICA,

*Defendant.*

Case No. 3:22-cv-00884(JCH)

## JOINT STATUS REPORT

In accordance with the Court's Scheduling Order Regarding Case Management Plan ("Scheduling Order"), ECF No. 44, the parties submit this Joint Status Report to detail matters that are relevant to the case and the discovery conducted to date.

***Scheduling Conference:*** The Court's Scheduling Order states: "In the event the court denies the Motion to Dismiss, within seven days of the date of the ruling, the parties are to contact Chambers to request a scheduling conference regarding any further discovery requests and remaining case management deadlines." Following the Court's Ruling on the Motion to Dismiss on August 17, 2023, ECF No. 86, the parties requested a Scheduling Conference. On September 5, 2023, the parties submitted the Second Report of Parties' Rule 26(f) Planning Meeting, ECF No. 91, and on September 6, 2023, the Court held a Scheduling Conference.

***Discovery Deadline:*** Pursuant to the Court's directives in the September 6 Scheduling Conference, the parties met and conferred on September 8, 2023. The parties then submitted an Amended Rule 26(f) Meeting Report, ECF No. 99, on September 11, 2023. On September 26,

2023, the Court ordered that all discovery, including depositions of expert witnesses, must be completed by June 1, 2024. *See* ECF No. 103.

*Amended Complaint:* On September 7, 2023, Plaintiffs filed an Amended Complaint, ECF No. 95, and a Corrected Amended Complaint, ECF No. 102, on September 18, 2023, to correct paragraph numbers. In the Amended Complaint, Plaintiffs removed claims under the Alien Tort Statute against individual Defendants Stephen Miller, Jefferson B. Sessions, Kirstjen Nielsen, and Kevin McAleenan, and the false imprisonment claim against the United States, based on the Court's ruling, ECF No. 86. Plaintiffs re-pled the negligent infliction of emotional distress claims of Viky Sarai Flores Benitez and J.S.R. Defendant filed an answer to the Amended Complaint on September 26, 2023, ECF No. 105.

*Policy-Related Deposition Transcripts:* Defendant agreed to produce fifteen policy-related deposition transcripts, including exhibits, due by September 18, 2023. The Court terminated as moot Plaintiffs' Motion for Clarification, ECF No. 71. Defendant produced the fifteen deposition transcripts on September 15, 2023.

*Rio Grande Valley Sector Regional Policy Discovery:* On September 26, 2023, Defendant filed a Motion for Extension of Time relating to production of regional policy discovery for the Rio Grande Valley Sector ("RGV regional policy discovery"). The Court granted Defendant's motion on September 27, 2023. Defendant produced responsive documents on November 9, 2023.

*Depositions of Fact Witnesses:* The Court has granted Plaintiffs a total of 18 depositions of fact witnesses. *See* ECF No. 103. To date, Plaintiffs have conducted two depositions. Plaintiffs deposed Ron Preble, ICE Officer, on October 26, 2023, and Aaron Hull, former El

Paso Sector Border Patrol Chief, on November 13, 2023. The third deposition is set for December 6, 2023.

***Discovery Requests & Subpoenas:*** On September 11, 2023, Plaintiffs propounded their Second Set of Requests for Production, relating to RGV regional policy discovery. On September 14, 2023, Plaintiffs received Defendant's First Set of Discovery Requests.

On September 15, 2023, Defendant provided a supplemental production, including the aforementioned fifteen policy-related deposition transcripts, and provided that same production in a load-ready format on October 6, 2023. The parties continue to meet and confer regarding discovery requests, including updates to Defendant's responses to Plaintiff's First Set of Requests for Production.

Plaintiffs responded to Defendant's First Set of Discovery Requests on October 30, 2023. To date, Plaintiffs have served subpoenas on two third parties.

***Dispositive Motions Contemplated:*** Defendant intends to file a dispositive motion by the June 30, 2024 deadline.

Date: November 27, 2023

| | |
|---|---|
| /s/ Jeremy M. Creelan | /s/ Michael J. Wishnie |
| Jeremy M. Creelan | Audrey Huynh, Law Student Intern |
| Jacob D. Alderdice | Solveig Olson-Strom, Law Student Intern |
| Remi Jaffre | Natasha Reifenberg, Law Student Intern |
| JENNER & BLOCK LLP | Tanveer Singh, Law Student Intern |
| 1155 Avenue of the Americas | Gabriela Torres-Lorenzotti, Law Student Intern |
| New York, NY 10036 | Theodore Watler, Law Student Intern |
| (212) 891-1678 | Kirby Tyrrell (phv206703) |

Alyssa G. Bernstein
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
*Counsel for Plaintiffs*

Michael J. Wishnie (ct27221)
Jerome N. Frank Legal Services Organization
P.O. Box 902020
New Haven, Connecticut 06520-9090
Email: michael.wishnie@ylsclinics.org
Phone: (203) 432-4800
*Counsel for Plaintiffs*

Date: November 27, 2023

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY
Michelle L. McConaghy, Chief, Civil Division
John W. Larson, Chief, Civil Defensive Unit
Nathaniel M. Putnam, Assistant U.S. Attorney

*/s/ Carolyn A. Ikari*
Carolyn Ikari (ct13437)
Assistant U.S. Attorney
450 Main Street, Room 328
Hartford, Connecticut 06103
Email: carolyn.ikari@usdoj.gov
Phone: (860) 760-7953
*Counsel for Defendant*