## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

VIKY SARAI FLORES BENITEZ,
ANA DELMI BENITEZ ALVARADO,
JAVIN BENIGNO SANTOS GALVEZ,
and J.S.R., a minor,

*Plaintiffs,*

v.

UNITED STATES OF AMERICA,

*Defendant.*

**Case No. 3:22-cv-00884(JCH)**

## JOINT STATUS REPORT

In accordance with the Court's Scheduling Order Regarding Case Management Plan ("Scheduling Order"), ECF No. 44, the parties submit this Joint Status Report to detail matters that are relevant to the case and the discovery conducted to date.

*Discovery:* The Court has granted Plaintiffs a total of 18 depositions of fact witnesses. *See* ECF No. 103. To date, Plaintiffs have conducted five depositions. In addition to the two fact witnesses listed in the Joint Status Report submitted November 23, 2023, *see* ECF No. 109, Plaintiffs have deposed Kristian Brannon, ORR Field Specialist, on December 6, 2023; Thomas Hartney, ICE Officer, on February 1, 2024; and Raul Ortiz, former United States Border Patrol Chief, on February 12, 2024.

*Referral to Mediation:* On February 16, 2024, on joint motion of the parties, the Court referred the case to Magistrate Judge Robert M. Spector for mediation. *See* ECF No. 113. Judge Spector held a pre-settlement conference on February 22, 2024, ECF No. 116, and scheduled an all-day mediation for March 25, 2024. ECF No. 118.

**Stay of Discovery:** The Court held a teleconference on February 22, 2024, and on the joint request of the parties, entered a temporary stay of discovery. *See* ECF No. 119.

Date: February 26, 2024

/s/ *Jeremy M. Creelan*
Jeremy M. Creelan
Jacob D. Alderdice
Remi Jaffre
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1678

Alyssa G. Bernstein
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
*Counsel for Plaintiffs*

/s/ Michael J. Wishnie
Camilo Duran, Law Student Intern*
Audrey Huynh, Law Student Intern
Solveig Olson-Strom, Law Student Intern
Natasha Reifenberg, Law Student Intern
Tanveer Singh, Law Student Intern
Gabriela Torres-Lorenzotti, Law Student Intern
Theodore Watler, Law Student Intern
Kirby Tyrrell (phv206703)
Michael J. Wishnie (ct27221)
Jerome N. Frank Legal Services Organization
P.O. Box 902020
New Haven, Connecticut 06520-9090
Email: michael.wishnie@ylsclinics.org
Phone: (203) 432-4800
*Counsel for Plaintiffs*

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY
Michelle L. McConaghy, Chief, Civil Division
John W. Larson, Chief, Civil Defensive Unit
Nathaniel M. Putnam, Assistant U.S. Attorney

/s/ *Carolyn A. Ikari*
Carolyn Ikari (ct13437)
Assistant U.S. Attorney
450 Main Street, Room 328
Hartford, Connecticut 06103
Email: carolyn.ikari@usdoj.gov
Phone: (860) 760-7953
*Counsel for Defendant*

*Motion for law student appearance forthcoming.