# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIKY SARAI FLORES BENITEZ,<br>ANA DELMI BENITEZ ALVARADO,<br>JAVIN BENIGNO SANTOS GALVEZ,<br>and J.S.R., a minor,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant.* | Case No. 3:22-cv-00884-JCH<br><br>**NOTICE OF APPEARANCE** |

To:     The clerk of the court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for Plaintiffs Viky Sarai Flores Benitez, Ana Delmi Benitez Alvarado, Javin Benigno Santos Galvez, and J.S.R.

Date: July 11, 2024

/s/ Muneer I. Ahmad
Muneer I. Ahmad ct28109
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 902020
New Haven, CT 06520-9090
muneer.ahmad@ylsclinics.org
Work: (203) 432-4800
Fax: (203) 432-1426

## **CERTIFICATE OF SERVICE**

I, Muneer Ahmad, hereby certify that on July 11, 2024, a copy of the foregoing Notice of Appearance for Muneer Ahmad was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Date: July 11, 2024

/s/ Muneer I. Ahmad
Muneer I. Ahmad ct28109
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 902020
New Haven, CT 06520-9090
muneer.ahmad@ylsclinics.org
Work: (203) 432-4800
Fax: (203) 432-1426