UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIKY SARAI FLORES BENITEZ,<br>ANA DELMI BENITEZ ALVARADO,<br>JAVIN BENIGNO SANTOS GALVEZ,<br>and J.S.R., a minor,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant.* | No. 22-cv-00884 (JCH) (RMS)<br><br><br><br><br><br>August 16, 2024 |

## MOTION TO DISMISS

The parties have reached a settlement in this action. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Viky Sarai Flores Benitez, Ana Delmi Benitez Alvarado, Javin Benigno Santos Galvez, and J.S.R. request that this Court enter an order dismissing this action in its entirety with prejudice, with each side bearing its own costs, expenses, and fees, and with the District Court not retaining jurisdiction over the action, the settlement, or the United States.

Respectfully submitted,

*Muneer I. Ahmad*
JEROME N. FRANK LEGAL SVC. ORG.
Muneer I. Ahmad, ct28109
Michael J. Wishnie, ct27221
Michael K.T. Tan*
P.O. Box 209090
New Haven, CT 06520-9090
(203) 432-4716
muneer.ahmad@ylsclinics.org

JENNER & BLOCK LLP
Jeremy M. Creelan*
Jacob D. Alderdice*
Remi Jaffre*
Rupali Srivastava*
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600
rsrivastava@jenner.com

***COUNSEL FOR PLAINTIFFS***

*admitted pro hac vice